| | | |
|---|---|---|
| **Fill in this Information to identify the case:** | | |
| Debtor 1 | Vicky Lyn Morrow aka Brewer | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | Middle District of Tennessee | |
| Case Number: | 19-06106-CW1-13 | |

Form 1340 (12/19 Modified)

# MOTION TO WITHDRAW UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds. I have fully complied with the requirements of 28 U.S.C. § 2042 and the Instructions for Filing Motion to Withdraw Unclaimed Funds located at www.tnmb.uscourts.gov.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $6,279.90 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728 x123<br>admin@dilksknopik.com |

### 2. Applicant Information

Movant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Movant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Movant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Movant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Movant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Movant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Movant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☒ Movant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Middle District of Tennessee
110 9th Avenue South, SuiteA-961
Nashville, TN 37203

---

### 5. Movant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: September 13, 2022

_____
Signature of Movant
Brian J Dilks – Member
Dilks & Knopik, LLC

35308 SE Center Street
Snoqualmie, WA 98065
428-836-5728 x123
admin@dilksknopik.com

### 5. Co- Movant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co- Movant (if applicable)

_____
Printed Name of Co- Movant (if applicable)

Address:

Telephone: _____

Email: _____

---

### 6. Notarization
STATE OF <u>WASHINGTON</u>

COUNTY OF <u>KING</u>

This Motion for Unclaimed Funds, dated <u>September 13, 2022</u> was subscribed and sworn to before me this <u>13th</u> day of <u>September</u>, 20<u>22</u> by <u>Brian J Dilks</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public: _____
                         Matthew Zettley

My commission expires: <u>February 19, 2026</u>

[SEAL: MATTHEW ZETTLEY NOTARY PUBLIC #197679 STATE OF WASHINGTON COMMISSION EXPIRES FEBRUARY 19, 2026]

### 6. Notarization
STATE OF _____

COUNTY OF _____

This Motion for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public_____

My commission expires:

# CERTIFICATE OF SERVICE

I hereby certify that on the __13__ day of __September__, __2022__, I mailed a copy of the foregoing to the U.S. Attorney, 110 9th Avenue South, SuiteA-961, Nashville, TN 37203, the U.S. Trustee, 701 Broadway, Customs House Suite 318, Nashville, TN 37203, the Debtor, Vicky Lyn Morrow aka Brewer, 15 CUNNINGHAM LANE, CADIZ, KY 42211, the Debtors Attorney, J. ROBERT HARLAN, PO BOX 949, COLUMBIA, TN 38402-0949, the Case Trustee, HENRY EDWARD HILDEBRAND, III, PO BOX 340019, NASHVILLE, TN 37203-0019, and the original claimant, Christi Christian, 1224B Columbia Ave., Ste. 200, Franklin, TN 37064.

Date: September 13, 2022

_____
Brian J Dilks - Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

# Explanation of Supporting Documentation
## for
## Application for Payment of Unclaimed Funds

The claimant did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the claimant, Christi Christian.

Christi Christian has assigned the unclaimed funds and its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and/or the Transfer of Claim filed on 9/13/22 (docket number #95).

Date: September 13, 2022

Brian J Dilks - Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

UNITED STATES BANKRUPTCY COURT
Middle District of Tennessee

RE:

Vicky Lyn Morrow aka Brewer

Debtor(s)

Case No. 19-06106-CW1-13
Chapter - 13
Judge: Charles M Walker

**ORDER GRANTING MOTION TO WITHDRAW UNCLAIMED FUNDS**

On September 13, 2022, a motion was filed for the Claimant(s), <u>Dilks & Knopik, LLC as assignee to Christi Christian.</u> for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The motion and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $6,279.90 held in unclaimed funds be made payable to <u>Dilks & Knopik, LLC</u> and be disbursed to the payee at the following address: <u>35308 SE Center Street, Snoqualmie, WA 98065</u>.

The Clerk will disburse these funds as soon as practicable from entry of this order.

**This order was signed and entered electronically as indicated at the top of the page**

Approved for Entry:

/s/ <u>Brian J Dilks</u>
Brian J Dilks
Dilks & Knopik, LLC
Assignee to Christi Christian
35308 SE Center Street
Snoqualmie, WA 98065
Phone – 425-836-5728
Fax – 877-209-8249
Brian.dilks@dilksknopik.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
VICKY LYN MORROW AKA BREWER  
15 CUNNINGHAM LANE  
CADIZ, KY 42211

Case No.19-06106-CW1-13  
JUDGE CHARLES M WALKER  
DATE: September 09, 2022

## TRUSTEE'S REPORT OF UNCLAIMED MONIES

In compliance with 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, the following payee(s) are entitled to dividends or other monies which have remained unclaimed for at least ninety (90) days after a final dividend has been declared and distributed herein. Included with this filing, is the sum of **$6,167.84** payable to the Clerk, U.S. Bankruptcy Court covering such unclaimed monies.

| NAME OF PAYEE(s)/LAST KNOWN ADDRESS | AMOUNT |
|---|---|
| **CHRISTI CHRISTIAN**<br>JOHN BALLARD ESQ<br>1224B COLUMBIA AVE STE 200<br>FRANKLIN, TN 37064 | $6,167.84 |

Respectfully submitted,

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN 37203  
PHONE: 615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on VICKY LYN MORROW AKA BREWER, 15 Cunningham Lane, Cadiz, KY 42211; and CHRISTI CHRISTIAN JOHN BALLARD ESQ, 1224B COLUMBIA AVE STE 200, FRANKLIN, TN 37064 on 09/09/22 and electronically noticed to J ROBERT HARLAN and The Office of the United States Trustee, pursuant to Court's ECF delivery.

IN RE:  
VICKY LYN MORROW AKA BREWER  
15 CUNNINGHAM LANE  
CADIZ, KY 42211

Case No.19-06106-CW1-13  
JUDGE CHARLES M WALKER  
DATE: July 21, 2022

## TRUSTEE'S REPORT OF UNCLAIMED MONIES

In compliance with 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, the following payee(s) are entitled to dividends or other monies which have remained unclaimed for at least ninety (90) days after a final dividend has been declared and distributed herein. Included with this filing, is the sum of **$78.26** payable to the Clerk, U.S. Bankruptcy Court covering such unclaimed monies.

| NAME OF PAYEE(s)/LAST KNOWN ADDRESS | AMOUNT |
|---|---|
| **CHRISTI CHRISTIAN**<br>JOHN BALLARD ESQ<br>1224B COLUMBIA AVE STE 200<br>FRANKLIN, TN 37064 | $78.26 |

Respectfully submitted,

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN 37203  
PHONE: 615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on VICKY LYN MORROW AKA BREWER, 15 Cunningham Lane, Cadiz, KY 42211; and CHRISTI CHRISTIAN JOHN BALLARD ESQ, 1224B COLUMBIA AVE STE 200, FRANKLIN, TN 37064 on 07/21/22 and electronically noticed to J ROBERT HARLAN and The Office of the United States Trustee, pursuant to Court's ECF delivery.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
VICKY LYN MORROW AKA BREWER  
15 CUNNINGHAM LANE  
CADIZ, KY 42211

Case No.19-06106-CW1-13  
JUDGE CHARLES M WALKER  
DATE: June 10, 2022

## TRUSTEE'S REPORT OF UNCLAIMED MONIES

In compliance with 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, the following payee(s) are entitled to dividends or other monies which have remained unclaimed for at least ninety (90) days after a final dividend has been declared and distributed herein. Included with this filing, is the sum of **$33.80** payable to the Clerk, U.S. Bankruptcy Court covering such unclaimed monies.

| NAME OF PAYEE(s)/LAST KNOWN ADDRESS | AMOUNT |
|---|---|
| **CHRISTI CHRISTIAN**<br>**JOHN BALLARD ESQ**<br>**1224B COLUMBIA AVE STE 200**<br>**FRANKLIN, TN 37064** | $33.80 |

Respectfully submitted,

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN 37203  
PHONE: 615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on VICKY LYN MORROW AKA BREWER, 15 Cunningham Lane, Cadiz, KY 42211; and CHRISTI CHRISTIAN JOHN BALLARD ESQ, 1224B COLUMBIA AVE STE 200, FRANKLIN, TN 37064 on 06/10/22 and electronically noticed to J ROBERT HARLAN and The Office of the United States Trustee, pursuant to Court's ECF delivery.





# CERTIFICATE OF LLC RESOLUTION

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Brian J Dilks, Caryn M Dilks f/k/a Caryn M Knopik, Andrew T. Drake and Jeffrey Hudspeth, is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 5th day of January, 2022

_____
Brian J Dilks – Member
Date: 1/5/22

Subscribed and sworn to me this 1/5/2022
Notary Signature: Ryan Bell
My Commission Expires: 6/19/2025

_____
Caryn M Dilks f/k/a Caryn M Knopik – Member
Date: 1/5/2022

Subscribed and sworn to me this 1/5/2022
Notary Signature: Ryan Bell
My Commission Expires: 6/19/2025



# Annual Report

## BUSINESS INFORMATION

Filed
Secretary of State
State of Washington
Date Filed: 01/05/2022
Effective Date: 01/05/2022
UBI #: 602 211 447

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:

Expiration Date:
**06/30/2023**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, ANY LAWFUL PURPOSE**

## REGISTERED AGENT  RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## PRINCIPAL OFFICE

Phone:
**4258365728**

Email:
**DK@DKLLC.COM**

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2022010500010893 - 1
Received Date: 01/05/2022
Amount Received: $60.00

Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, USA**
Mailing Address:

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

## NATURE OF BUSINESS

- OTHER SERVICES
- ANY LAWFUL PURPOSE

## EFFECTIVE DATE

Effective Date:
01/05/2022

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
NO
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
NO
   a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
NO
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
NO

You **must** submit a Controlling Interest Transfer Return form if you answered "yes" to questions 1 and 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
Email:
Address:

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? No

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2022010500010893 - 1
Received Date: 01/05/2022
Amount Received: $60.00

acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

☑ I am an authorized person.

Person Type:
**INDIVIDUAL**

First Name:
**BRIAN**

Last Name:
**DILKS**

Title:
**MEMBER**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2022010500010893 - 1
Received Date: 01/05/2022
Amount Received: $60.00

Case 1:19-bk-06106    Doc 99    Filed 09/22/22    Entered 09/22/22 17:53:30    Desc Main
Document      Page 13 of 18



**Brian Dilks**
Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 101
Fx. 877-209-8249
brian.dilks@dilksknopik.com

www.dilksknopik.com





**Caryn Knopik**
Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 102
Fx. 877-209-8249
caryn.knopik@dilksknopik.com

www.dilksknopik.com





**Jeff Hudspeth**
Vice President - Accounts

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 104
Fx. 877-209-8249
jeff.hudspeth@dilksknopik.com

www.dilksknopik.com





**Andrew Drake**
Vice President - Operations

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 123
Fx. 877-209-8249
andrew.drake@dilksknopik.com
www.dilksknopik.com

BBB accredited since 2003 — ACCREDITED BUSINESS

On this 13ᵗʰ day of September, 2022, I certify that the preceding or attached document titled (Assignment Agreement), (2 pages) is a true, accurate and complete redacted copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

Matthew Zettley – Notary Public
My commission expires: February 19, 2026

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

Dilks | & | Knopik

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of September 12, 2022 (the "Effective Date") by and between Dilks & Knopik, LLC, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and Christi Christian with an address of 120 Spring Dale Ln, Dallas GA 30157 (the "Assignor").

1. Assignor is/was a creditor in the case (19-06106-CW1-13) as filed in the Middle District of Tennessee (the "Case"). As a creditor in the Case, Assignor was entitled to distribution of funds from the assets of the Bankruptcy Estate in the approximate amount of $6,279.90 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. **Assets Assigned:** The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. **Consideration:** The consideration herein given by Assignee to Assignor shall be the sum $_____ which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount prior to the claim/application/motion is submitted to court. **In the event Assignee recovers an amount over and above the Funds then Assignor shall be entitled to 100% of the additional amount recovered.**

5. **Assignor Warranty.** Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned asset or assigned rights, that Assignor has not sold or assigned, and shall not sell or further assign the rights, in whole or in part, herein assigned to Assignee to any other third party; and that Assignor shall cooperate with Assignee by providing or executing any additional information or document(s), without delay, deemed necessary for the recovery of the assigned Funds by Assignee, failure to do so shall be a breach of this Agreement.

6. **Power of Attorney:** To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

7. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _____
Christi Christian

Assignee: _____
Dilks & Knopik, LLC
Brian J Dilks – Member



## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Christi Christian ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Vicky Lyn Morrow aka Brewer
Court: United States Bankruptcy Court - Middle District of Tennessee
Case Number: 19-06106-CW1-13
Chapter: 13
Claim # 13

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Monday, September 12, 2022.

X _____
**Christi Christian**



| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-1<br>Case 1:19-bk-06106<br>MIDDLE DISTRICT OF TENNESSEE<br>Columbia<br>Mon Sep 12 13:04:08 CDT 2022 | Flagstar Bank<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| US TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | 701 Broadway Room 170<br>Nashville, TN 37203-3979 | Alliance Collection Service<br>PO Box 49<br>Tupelo MS 38802-0049 |
| (p)ASCEND FEDERAL CREDIT UNION<br>P O BOX 1210<br>TULLAHOMA TN 37388-1210 | CHRISTI CHRISTIAN<br>120 SPRING DALE LANE<br>DALLAS GA 30157-9435 | CREDIT CENTRAL, LLC<br>700 E NORTH ST STE 15<br>GREENVILLE, SC 29601-3013 |
| Cardiovascular Anesthesiologists<br>PO Box 277599<br>Atlanta GA 30384-7599 | Christi Christian<br>c/o John Ballard, Esq<br>1224B Columbia Avenue, Suite 200<br>Franklin, TN 37064-3664 | Comenity Capital Bank/HSN<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus OH 43218-2125 |
| Credit Central<br>505 Maxey Road<br>Houston TX 77013-5000 | Empower Retirement<br>PO Box 173764<br>Denver CO 80217-3764 | Equifax Information Services LLC (1)<br>PO Box 740256<br>Atlanta GA 30374-0256 |
| Experian (2)<br>PO Box 4500<br>Allen TX 75013-1311 | Eyecare Plus Columbia<br>816 S James Campbell Blvd.<br>Columbia TN 38401-4338 | Flagstar Bank<br>Attn: Bankruptcy<br>5151 Corporate Drive<br>Troy MI 48098-2639 |
| (p)FLAGSTAR BANK FSB<br>5151 CORPORATE DRIVE<br>MAIL STOP E 115 3<br>TROY MI 48098-2639 | Full Circle Financial Services<br>PO Box 2365<br>Oldsmar FL 34677-2193 | Genesis Bc/Celtic Bank<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton OR 97076-4401 |
| Glen Watson, III<br>PO Box 121950<br>Nashville TN 37212-1950 | Jessica Hilton<br>822 NW 12th St Apt 4<br>Oklahoma City OK 73160-1703 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | MTB&J<br>1050 N James Campbell Blvd Ste 200<br>Columbia TN 38401-2754 | Mariner Finance, LLC<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham MD 21236-5904 |
| Mariner Finance, LLC<br>c/o Glen C. Watson, III<br>P.O. Box 121950<br>Nashville, TN 37212-1950 | Maury County General Sessions Court<br>Maury County Courthouse<br>41 Public Square<br>Columbia TN 38401-3319 | National Debt Relief<br>11 Broadway, Ste. 1600<br>New York NY 10004-1462 |